RICHARD M. C. LIVINGSTON et al., Individually and as Trustees under the Will of EUGENE A. LIVINGSTON, Deceased, Respondents, *v.* ELIZABETH LIVINGSTON et al., Defendants; FANNY TURNER WHARTON, Appellant.

*Livingston* v. *Livingston,* 56 App. Div. 484, affirmed.
(Submitted February 26, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1901, affirming an order of Special Term directing the appellant to complete her purchase of certain real estate sold under an order of the court.

*Alfred S. Brown* for appellant.

*D. B. Ogden* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN P. O'BRIEN et al., as Receivers of the NEW YORK AND WESTCHESTER WATER COMPANY, Respondents, *v.* JAMES P. KEATING, as Commissioner of the Department of Highways of the City of New York, Appellant.

*People ex rel. O'Brien* v. *Keating,* 55 App. Div. 555, affirmed.
(Argued February 26, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1900, affirming an order of Special Term granting a motion for a peremptory writ of mandamus directing the defendant to issue to the relators a permit to open a certain street in the city of New York.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*W. C. Prime* and *Henry H. Pierce* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.